George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Sandra L. Boerio (California Bar No. 242465)
Kraw and Kraw
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
kmcdonough@kraw.com
sboerio@kraw.com

Attorneys for:
Board of Trustees of the Western States Insulators and Allied Workers Pension Plan, Western States Insulators and Allied Workers Individual Account Plan, and Western States Insulators and Allied Workers Health Plan,

Western States Insulators and Allied Workers Pension Plan
Western States Insulators and Allied Workers Individual Account Plan, and
Western States Insulators and Allied Workers Health Plan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

WESTERN STATES INSULATORS AND ALLIED WORKERS PENSION PLAN, WESTERN STATES INSULATORS AND ALLIED WORKERS INDIVIDUAL ACCOUNT PLAN, WESTERN STATES INSULATORS AND ALLIED WORKERS HEALTH PLAN,

and

BOARD OF TRUSTEES, WESTERN STATES INSULATORS AND ALLIED WORKERS PENSION PLAN, BOARD OF TRUSTEES WESTERN STATES INSULATORS AND ALLIED WORKERS INDIVIDUAL ACCOUNT PLAN, BOARD OF TRUSTEES WESTERN STATES INSULATORS AND ALLIED WORKERS HEALTH PLAN,

PLAINTIFFS,

v.

JENCO MECHANICAL INSULATION, INC.

CASE NO. C11-00175 EMC

**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT** ; ORDER

---

STIPULATION TO EXTEND DEFENDANTS TIME TO RESPOND TO THE COMPLAINT

DEFENDANT.

WHEREAS, Plaintiffs WESTERN STATES INSULATORS AND ALLIED WORKERS PENSION PLAN, WESTERN STATES INSULATORS AND ALLIED WORKERS INDIVIDUAL ACCOUNT PLAN, WESTERN STATES INSULATORS AND ALLIED WORKERS HEALTH PLAN, BOARD OF TRUSTEES WESTERN STATES INSULATORS AND ALLIED WORKERS PENSION PLAN, BOARD OF TRUSTEES WESTERN STATES INSULATORS AND ALLIED WORKERS INDIVIDUAL ACCOUNT PLAN, and BOARD OF TRUSTEES WESTERN STATES INSULATORS AND ALLIED WORKERS HEALTH PLAN ("Plaintiffs") filed a complaint against Defendant JENCO MECHANICAL INSULATION, INC. ("Jenco") on or about January 12, 2011, in this Court; and

WHEREAS, Civil L.R. 6-1(a) of the United States District Court for the Northern District of California provides that the parties may stipulate to extend the time for responding to the Complaint without leave of Court where doing so would not alter any pending Court date;

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Jenco, on the other, that Jenco may have an extension of time to answer, move, or otherwise respond to the Complaint to and including March 17, 2011.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: March 2, 2011                JENCO MECHANICAL INSULATION, INC.

                                    BY: /s/
                                    *Defendant*

Dated: March 2, 2011                KRAW & KRAW

                                    BY: /s/ Sandra L. Boerio
                                    Sandra L. Boerio
                                    *Attorneys for the Plaintiffs*

## ECF ATTESTATION

I, Sandra L. Boerio, am the ECF User whose identification and password are being used to file this Stipulation to Extend Defendant's Time to Respond to the Complaint. I hereby attest that Jenco Mechanical Insulation, Inc. has concurred in this filing.

Sandra L. Boerio

IT IS SO ORDERED



_____
Edward M. Chen
U.S. Magistrate J.

---

3

STIPULATION TO EXTEND DEFENDANTS TIME TO RESPOND TO THE COMPLAINT