George M. Kraw (SBN 71551)
Donna L. Kirchner (SBN 138320)
Sandra L. Boerio (SBN 242465)
KRAW AND KRAW
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
dkirchner@kraw.com
sboerio@kraw.com

Counsel for Plaintiffs
Board of Trustees of the Western States Insulators and Allied Workers Pension Plan, Western States Insulators and Allied Workers Individual Account Plan, and Western States Insulators and Allied Workers Health Plan;
Western States Insulators and Allied Workers Pension Plan;
Western States Insulators and Allied Workers Individual Account Plan; and
Western States Insulators and Allied Workers Health Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN STATES INSULATORS AND ALLIED WORKERS PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JENCO MECHANICAL INSULATION, INC., <br><br> Defendant. | Case No.: C11-0175 EMC <br><br> **FURTHER CASE MANAGEMENT CONFERENCE STATEMENT; AND** <br><br> **ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiffs regret the delay in submitting this further Case Management Conference Statement, and further regret to report that they have not yet initiated enforcement proceedings in Idaho.

As the court may recall, because Defendant's prior attorney had resigned in lieu of discipline, shortly before the last Case Management Conference Plaintiffs' counsel had sent a copy of the Partial Judgment directly to Defendant (by both certified mail and first class mail) with a request that Defendant mail copies of the documents necessary for the ordered audit to Plaintiffs' accountants.

1 Plaintiffs had planned to file an enforcement action in District Court in Idaho in the event Defendant
2 failed to supply the requested documents. On January 3, 2013, the certifed letter was returned
3 "unclaimed." Because the letter sent by regular mail was not returned, Plaintiffs' counsel attempted
4 to reach Defendant by telephone, but has only reached a voice mail. Defendant has not returned
5 Plaintiffs' counsel's calls.

6     Plaintiffs respectfully request that the court continue the Case Management Conference in
7 this matter to June 27, 2013, or such other date that is acceptable to the court, to allow Plaintiffs
8 additional time to pursue enforcement proceedings in Idaho. Plaintiffs will file such proceedings by
9 April 1, 2013, and will file a status report with this court within a week thereafter confirming they
10 have done so.

11 Dated: March 19, 2013     **KRAW & KRAW**

13     _____/s/_____
    Donna L. Kirchner, Esq.
    Counsel for Plaintiffs

15
16     [PRO~~POSED~~] ORDER

17   Good cause appearing,

18   **IT IS SO ORDERED.** The Case Management Conference currently scheduled for March
19 21, 2012 is hereby CONTINUED to 10:30 a.m. on June 27, 2013.
20 Dated: March __19__, 2013

22 _____
  Honorable Edward M. Chen
  United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(United States District Court, Northern District of California seal)

## PROOF OF SERVICE

I, Donna L. Kirchner, do hereby declare that:

1. I am over the age of 18, and and not a party to this action.

2. On March 19, 2013, I served the foregoing **FURTHER CASE MANAGEMENT CONFERENCE STATEMENT; AND ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** on Defendant.

3. I served the document by enclosing it in an envelope and depositing the sealed envelope with the United States Postal Service with postage fully prepaid.

4. The envelope was addressed as follows:

> Jenco Mechanical Insulation, Inc.
> 240 C S 5th W
> Rigby, ID 83442

I declare under penalty of perjury that the foregoing is true and correct and that this proof of service was executed at Morgan Hill, California on the _19th_ day of March 2013.

___/s/_____
Donna L. Kirchner, Esq.