George M. Kraw (SBN 71551)
Donna L. Kirchner (SBN 138320)
KRAW AND KRAW
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
dkirchner@kraw.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN STATES INSULATORS AND ALLIED WORKERS PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JENCO MECHANICAL INSULATION, INC., <br><br> Defendant. | Case No.: C11-0175 EMC <br><br> **FURTHER CASE MANAGEMENT CONFERENCE STATEMENT; AND** <br><br> **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** ~ order |

Pursuant to the clerk's notice entered on June 25, 2013, Plaintiffs hereby submit this further case management conference statement. In addition, Plaintiffs request that the court continue the case management conference for 90 days to allow Plaintiffs time to bring a motion for partial judgment as to the contempt sanctions that have accrued, and to seek enforcement of that judgment in Idaho.

On May 22, 2013, this court entered its Order Granting Plaintiffs' Motion to Hold Defendant and its President in Contempt. In that order, the Court provided that Defendant would have 21 days from the date service was effected on Defendant to begin complying, and an additional 60 days to complete compliance, with the Court's August 31, 2012 partial judgment. The Court further provided that, if Defendant did not begin compliance within this 21 day period, or complete compliance within 60 days thereafter, Defendant and its president, Mr. Jenson, would be subject to a

1 | fine of $100 per day thereafter until such a time as the contempt is purged. Service of the May 22,
2 | 2013 order was effected on Defendant on May 25, 2013. (See, docket nos. 53 & 54 herein.)

3 |       The August 31, 2012 partial judgment enjoins Defendant to "produce its books and records
4 | for the period of January 2006 through August 2010 so that Plaintiffs may conduct a review and
5 | audit of said records." The deadline for Defendant to complete its compliance was yesterday, August
6 | 14, 2013. To date, Plaintiffs have received no documents from Defendant in response to the
7 | August 31, 2012 partial judgment. (*See* Declaration of Donna L. Kirchner, filed herewith.) And
8 | Plaintiffs have received no communications from Defendant since before the motion for contempt.
9 | (*Id.*)

10 |       Pursuant to the Court's May 22, 2013 order, the civil contempt sanction of $100 per day
11 | begins running today. Plaintiffs intend to file a motion with the court for a further partial judgment
12 | for the contempt sanctions that will have accrued as of the date of the order on the motion, as well as
13 | increased sanctions going forward and a more definite deadline for compliance before issuance of a
14 | body attachment order. Because Defendant had until yesterday to comply with the May 22, 2013
15 | order, Plaintiffs have not yet prepared the motion. Plaintiffs propose filing the motion by the end of
16 | August for a hearing date in early October. Plaintiffs will have the motion personally served on both
17 | Defendant and its President, Scott Jenson.

18 |       Based on the foregoing, Plaintiffs respectfully request that the case management conference
19 | be continued to a date on or after November 21, 2013.

20 | Dated: *August 15, 2013*            **KRAW & KRAW**

21 |                                        /s/
22 |                              Donna L. Kirchner, Esq.
                             Counsel for Plaintiffs

23 |

24 | IT IS SO ORDERED that the Further CMC is rescheduled for ~~December 5,~~ Oct. 10 2013 at ~~10:30 a.m.~~ 1:30 p.m.
25 | An updated joint CMC statement shall be filed by ~~11/27/13~~ Oct 3, 2013. Plaintiffs' motion to be heard at that time.

26 | [signature]

27 | Edward M. Chen
28 | United States District Judge