George M. Kraw (SBN 71551)
Donna L. Kirchner (SBN 138320)
KRAW AND KRAW
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
dkirchner@kraw.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN STATES INSULATORS AND ALLIED WORKERS PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JENCO MECHANICAL INSULATION, INC., <br><br> Defendant. | Case No.: C11-0175 EMC <br><br> **STATUS REPORT** <br><br> ORDER SETTING CMC |

On January 16, 2014, Plaintiffs' counsel received an email from Defendant's former counsel (who now works for Defendant in a non-attorney capacity), stating that he had mailed a thumb drive to Plaintiffs' counsel with the employee information Defendant had been ordered to provide. After a couple weeks and additional emails, on February 4, 2014, Plaintiffs' counsel received the thumb drive from Defendant. Counsel forwarded the thumb drive to the accountants who will do the audit. There was a little additional delay because the file was password protected. Once the accountants were able to open the file, they informed Plaintiffs' counsel that not all necessary information was included. The accountants have had communications with Defendant's former counsel to clarify what additional documents are required, and expect to receive the additional documents from Defendant soon.

In light of the foregoing, Plaintiffs respectfully request that the Court keep the case file open for another 90 days in order to allow time for completion of the audit, and, if warranted, motion work regarding any additional contributions which the accountants may find to be due after the audit.

Dated: March __27__, 2014          **KRAW & KRAW**

　　　　　　　　　　　　　　　　　　　 */s/ Donna Kirchner*
　　　　　　　　　　　　　　　　　　　Donna L. Kirchner, Esq.
　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

```
IT IS SO ORDERED that a further CMC is set for 7/10/14 at 10:30 a.m.
A joint CMC statement shall be filed by 7/3/14.
```

_____
Edward M. Chen
U.S. District Court

