George M. Kraw (SBN 71551)
Donna L. Kirchner (SBN 138320)
KRAW AND KRAW LAW GROUP
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
dkirchner@kraw.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN STATES INSULATORS AND ALLIED WORKERS PENSION PLAN, et al., <br><br>Plaintiffs, <br><br>v. <br><br>JENCO MECHANICAL INSULATION, INC., <br><br>Defendant. | Case No.: C11-0175 EMC <br><br>**STATUS REPORT OF SEPTEMBER 30, 2014** |

  Since the last status report, Jenco produced a banker's box of additional documents to Plaintiffs. The accountants who are doing the audit have reviewed the documents, and believe they now have sufficient documents to complete the audit. The auditor has done a preliminary review to determine whether or not it looks like additional contributions may be owed. Based on her preliminary review of the documents, the auditor has reported to Plaintiffs' counsel that it appears there may indeed be some additional employees for whom contributions are owed for the January 2006 through August 2010 time period, which is the time period at issue in this lawsuit. The auditor needs additional time to determine the amount of additional contributions owed. The auditor estimates it will take several weeks to complete the full audit of the documents.

  Based on the foregoing, Plaintiffs respectfully request that the Court continue the status

December 4, 2014 at 10:30 a.m.
conference from October 7, 2014 to N~~ovember 18~~, 2014 or such other date as is convenient to the Court. An updated CMC statement shall be filed by Nov. 26, 2014.

Dated: September  30 , 2014    **KRAW & KRAW LAW GROUP**

   */s/ Donna Kirchner*
Donna L. Kirchner, Esq.
Counsel for Plaintiffs

IT IS SO ORDERED as revised above.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen