George M. Kraw (California Bar No. 71551)
Donna L. Kirchner (SBN 138320)
Sandra L. Boerio (SBN 242465)
KRAW AND KRAW
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
dkirchner@kraw.com
sboerio@kraw.com

Counsel for Plaintiffs:
Board of Trustees of the Western States Insulators and Allied Workers Pension Plan, Western States Insulators and Allied Workers Individual Account Plan, and Western States Insulators and Allied Workers Health Plan;
Western States Insulators and Allied Workers Pension Plan;
Western States Insulators and Allied Workers Individual Account Plan; and
Western States Insulators and Allied Workers Health Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN STATES INSULATORS AND ALLIED WORKERS PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JENCO MECHANICAL INSULATION, INC., <br><br> Defendant. | Case No.: C11-0175 EMC <br><br> **STATUS REPORT AND REQUEST TO VACATE STATUS CONFERENCE** <br> ORDER <br><br> Date: January 29, 2015 <br> Time: 10:30 a.m. <br> Courtroom: 5 |

As the Court may recall, in this action judgment was entered enjoining Defendant to produce to Plaintiffs certain documents needed for Plaintiffs to conduct an audit to determine whether Defendant had paid all contributions it owed to Plaintiff pension fund for the period ending in August of 2010. It took several post-judgment orders, including orders holding Defendant and its

1  president in contempt of court, to obtain Defendant's compliance with the judgment herein.

2       Defendant finally did provide sufficient documentation for completion of the audit ordered by
3  this court in its judgment.  It appears that no additional contributions are due from Defendant.
4  Therefore, no further intervention is needed from this Court, and Plaintiffs respectfully request that
5  this Court take the status conference scheduled for January 29th off calendar and direct the clerk of
6  the court to close the file.

7  Dated: January _20_, 2015          KRAW & KRAW LAW GROUP

9                                        /s/ Donna L. Kirchner
10                                       Donna L. Kirchner, Esq.
                                       Attorney for Plaintiffs

12 IT IS SO ORDERED:

13 Edward M. Chen
   U.S. District

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)